UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

              Plaintiff,

-against-

ORLANDO JOSEPH JETT,

              Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/07

06 CIVIL 13723(LAK)

**JUDGMENT**

    The Securities and Exchange Commission ("SEC" or the "Commission") having moved for an enforcement of its order against Orlando Joseph Jett ("Jett"), and the matter having come before the Honorable Lewis A. Kaplan, United States District Judge, and the Court, on September 7, 2007, having rendered its Memorandum Opinion granting the Commission's application in all respects and directing the Clerk of the Court to enter judgment, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion dated September 7, 2007, the Commission's application is granted in all respects; accordingly, judgment is entered for the Commission and the case is closed.

**Dated:** New York, New York
          September 7, 2007

                                      J. MICHAEL McMAHON
                                      Clerk of Court

                BY: _____
                                      Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____